HENRY YOUNGS et al., Appellants and Respondents, *v.* PATRICK J. McDONALD, Respondent and Appellant.

*Youngs* v. *McDonald,* 56 App. Div. 14, affirmed.
(Argued April 16, 1901; decided April 26, 1901.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1900, modifying and affirming as modified an order of Special Term which confirmed the report of a referee appointed to ascertain the damages sustained by defendant by reason of an injunction.

*Clarence E. Thornall* for appellants and respondents.

*James A. Douglas* for respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.